IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

**DEPOSIT OF UNCLAIMED FUNDS**

| In re: | Bankruptcy Case Number |
|---|---|
| JOSEPH ROBERT RICH and DANI L. RICH, | 08-28743 WTT |
| | [Chapter 7] |
| Debtors. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the debtors listed below in the amount listed. The check was not cashed or returned and the trustee placed a stop payment on the check.

**DEBTORS & ADDRESS (last known)**                                           **CHECK AMOUNT**

Joseph & Dani Rich                                                                              $3,560.93
c/o Miles E. Lignell
6076 South 900 East, Suite 150
Salt Lake City, UT 84121

The address listed above constitutes the last known address in question. The check in the amount of $3,560.93 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _15_ day of October, 2010.

_____
Duane H. Gillman, Trustee

SLC_697040.1